UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL ARTURO PEREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES DZURENDA, et al.,<br><br>  Defendants. | Case No.: 2:23-cv-01253-JAD-BNW<br><br>**ORDER** |

Plaintiff Angel Perez brings this action under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while he was incarcerated at High Desert State Prison. ECF No. 1-1. According to the Nevada Department of Corrections inmate database, Plaintiff has been released from custody and is not at the address listed with the Court. But Plaintiff has not filed his updated address with the Court as required by Nevada Local Rule IA 3-1, and his application to proceed *in forma pauperis* for an inmate is moot because he is not a "prisoner" for 28 U.S.C. § 1915's purposes.

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied as moot.

It is further ordered that Plaintiff has **until January 17, 2025**, to file his updated address with the Court and either pay the full $402 filing fee or file an application to proceed *in forma pauperis* for non-inmates.

The Clerk of Court is directed to send Plaintiff the approved *in forma pauperis* application for non-inmates form with instructions.

DATED: December 18, 2024

_____
UNITED STATES MAGISTRATE JUDGE